# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK MORTLAND**,**<br><br>    Plaintiff,<br><br>v.<br><br>PREET HOTEL, LLC,<br><br>    Defendant. | Civil Action No.: 1:24-CV-10055-IT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties in the above-captioned action hereby stipulate to the dismissal of all claims which have been brought or could have been brought in this action with prejudice, all rights of appeal being waived, and each side to bear their own attorneys' fees, expert fees and all other costs.

    Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>DEREK MORTLAND<br>By His Attorneys, | The Defendant,<br>PREET HOTEL, LLC<br>By Its Attorneys, |
| */s/ Colin G. Meeker*_____<br>Colin G. Meeker, Esq.<br>Blakemore, Meeker & Bowler Co., L.P.A.<br>495 Portage Lakes Dr.<br>Akron, OH 44319<br>Tel: (330) 253-3337<br>Fax:: (330) 253-4131<br>cgm@bmblawfirm.com<br>*Admitted Pro Hac Vice*<br><br>June 16, 2025 | */s/ Edwin F. Landers, Jr.*_____<br>Edwin F. Landers, Jr., BBO #559360<br>elanders@morrisonmahoney.com<br>Daniel J. Ashby, BBO# 700072<br>dashby@morrisonmahoney.com<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>Phone:   617-439-7500<br>Fax:     617-342-4887 |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2025.


 */s/ Edwin F. Landers, Jr.*
Edwin F. Landers, Jr.